IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| The Princeton Excess and Surplus Lines Insurance Company, | Case No.  1:21cv1981 |
| Plaintiff, | |
| -vs- | JUDGE PAMELA A. BARKER |
| Nancy Caraballo, et al., | JUDGMENT ENTRY |
| Defendants. | |

For the reasons set forth in the Memorandum Opinion & Order filed contemporaneously herewith, Plaintiff The Princeton Excess and Surplus Lines Insurance Company's ("PESLIC's") Motion to Exclude the Report and Testimony of Judge William Taylor (Doc. No. 114) is GRANTED. PESLIC's Motion for Summary Judgment (Doc. No. 110) on Count I of its Complaint is also GRANTED.

The instant case is hereby TERMINATED.

**IT IS SO ORDERED.**

Date:  May 21, 2024

 *s/Pamela A. Barker*
PAMELA A. BARKER
U. S. DISTRICT JUDGE